**STATE of Missouri, Respondent,**

v.

**Roland B. MILLER, Jr., Appellant.**

**No. WD 39530.**

Missouri Court of Appeals, Western District.

May 31, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1988.

Application to Transfer Denied Oct. 18, 1988.

Victor B. Peters, Pros. Atty., Platte City, for the State.

Roland Miller, pro se.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

**ORDER**

PER CURIAM.

Appeal from a conviction of careless and imprudent driving, in violation of § 304.010.1, RSMo. 1986, and from a sentence of one year in jail and a fine of five hundred dollars.

Affirmed. Rule 30.25(b).